Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER TAVAI,<br><br>           Plaintiff,<br><br>vs.<br><br>CLARK DICKSON,<br><br>           Defendant. | No.   2:17-CV-00658-MJP<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>**[CLERK'S ACTION REQUIRED]** |

## STIPULATION

The Plaintiff, Christopher Tavai, and the defendant, Clark Dickson, stipulate that they have reached a settlement, and that this matter should be dismissed with prejudice and without costs or attorneys' fees to either party.

Although no Court order is necessary to effect a voluntary dismissal by a "stipulation of dismissal filed by all parties who have appeared," Fed. R. Civ. P. 41(a)(1)(A)(2), this stipulation concludes with an order in case the Court prefers to enter one.

DATED this 29th day of September, 2017

| | |
|---|---|
| PETER S. HOLMES<br>Seattle City Attorney<br><br>By:   */s/ Josh Johnson*<br>      Josh Johnson, WSBA# 33570<br>      Assistant City Attorney<br>      *Attorney for Defendant Clark Dickson* | By:   */s/ Harry Williams*<br>      Harry Williams IV, WSBA #41020<br>      *Attorney for Plaintiff* |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(2:17-CV-00658-MJP) - 1

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

# ORDER

This matter came before this Court on the parties' Stipulation and Order of Dismissal with Prejudice. For the reasons stated in the stipulation, the Court DISMISSES this action with prejudice and without costs or attorneys' fees to any party.

DONE this **24** day of **October**, 2017.

_____
Hon. Marsha J. Pechman
United States District Court Judge

Presented by:

PETER S. HOLMES
Seattle City Attorney

By: /s/ Josh Johnson
   Josh Johnson, WSBA# 33570
   Assistant City Attorneys

   *Attorney for Defendant Clark Dickson*

Copy Received; Approved For Entry;
Notice of Presentation Waived:

By: /s/ Harry Williams
   Harry Williams IV, WSBA #41020
   Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
(2:17-CV-00658-MJP) - 2

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200